UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lucy Chakerian,

          Plaintiff,                       Civil No. 06-1004 (RHK/AJB)

vs.                               **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company, LLC, f/k/a Pharmacia
& Upjohn Company, Pfizer, Inc.,

          Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 9, 2006

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge

Dockets.Justia.com